UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARK M. ONDEMIR,**

        **Plaintiff,**

v.  Case No. 8:05-cv-1378-T-MSS

**JO ANNE B. BARNHART,**
**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____/

## **ORDER**

      **THIS CAUSE** comes on for consideration of Defendant's Unopposed Motion for Entry of Judgment with Remand (Dkt. 14).  Defendant moves this Court to remand the above-styled case to the Commissioner of Social Security (the "Commissioner") for further action under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3).

      Upon consideration of Defendant's Motion, and the grounds urged in support thereof, it is **ORDERED** that:

      1.    The decision of the Commissioner is hereby **REVERSED** under sentence four of 42 U.S.C. § 405(g) and this case is hereby **REMANDED** to the Commissioner to allow the Administrative Law Judge to reevaluate the medical evidence and the credibility of Plaintiff's subjective complaints; and,

2. The Clerk is hereby **DIRECTED** to enter a separate judgment in favor of Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Tampa, Florida this 20th day of April 2006.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies furnished to:

Counsel of Record